Receipt # 1109144
MO 2-28-11
$4.95

# MARK S. WALLACH

### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

February 25, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

                Re:    Jeffrey R. Waggoner
                      BK NO. 10-12086
                      Request to Deposit of Unclaimed Funds
                      into the United States Treasury

Dear Mr. Warren:

      Enclosed herewith please find my Trustee check in the amount of $4.95. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

      ___ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

      _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| | | |
|---|---|---|
| Millard Fillmore Ambulatory Surgery Center | $4.95 | Claims Register #3 |



FILED FEB 28 2011 BANKRUPTCY COURT BUFFALO, N.Y.

Very truly yours,

BY: _Mark S. Wallach_ TLB/r

Mark S. Wallach, Trustee

Enclosure